

May 17th, 2020

Purchaser(s): Trina Walker-Savage, Kayla Savage, and Crystal Savage
Purchase Price: $165,000
Expiration: 08/17/2020

To Whom It May Concern:

Trina Walker-Savage, Kayla Savage and Crystal Savage have met the qualifications for a Conventional Home Mortgage. The purchaser(s) have qualified for a sales price up $165,000 with taxes of $9,000 and seller assistance.

A current credit report has been obtained and reviewed, and the purchaser has excellent credit scores. Any questions or concerns please give Dan a call at 609-417-4668.

Sincerely,
Daniel Lee Pacholski
NMLS: 392677
Senior Loan Officer
Licensed Mortgage Bankers
Nation One Mortgage

701 Route 73N, Suite 2
Marlton, NJ 08053
856-334-1200 x208
856-334-6059 fax