UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | |
| Trina Walker-Savage | : | Case No.: 18-15481(JKF) |
| | : | |
| Debtor (s) | : | Chapter 13 |

# **O R D E R**

**AND NOW,** this _____ day of _____, 2020, upon consideration of the Motion to Incur New Debt filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to incur new debt to finance the purchase of the real property located at 332 East Olive Street, Westville, NJ 08093.

_____
Hon. Jean K. FitzSimon

Date:

**Date: June 23, 2020**